IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIAM CHRISTOPHER ESCO, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-42 (ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to the Order of this Court filed February 13, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5683.00.

This 13th day of February, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk